UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-1023 JGB (KKx)** | Date | January 25, 2024 |
| Title | *Nelson Chilin v W.F. Saleeb, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order to Show Cause Regarding Default Judgment (IN CHAMBERS)

On June 2, 2023, plaintiff Nelson Chilin ("Plaintiff") filed the complaint against defendant W.F. Saleeb ("W.F.") and Nardine Saleeb ("Nardine"). (Dkt. No. 1.) On October 25, 2023, Plaintiff filed proof of service as to Nardine—an answer was due by August 8, 2023. (Dkt. No. 14.) On October 31, 2023, the clerk entered default as to Nardine. (Dkt. No. 16.) As of this writing, Plaintiffs has not filed a motion for default judgment as to Nardine and Plaintiff has not filed a proof of service as to W.F. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m).

Accordingly, the Court **ORDERS** Plaintiff to file a motion for default judgment as to Nardine and a proper proof of service as to W.F. no later than **February 5, 2024** or show cause in writing why this matter should not be dismissed. Failure to timely comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**